```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities and Exchange Commission,<br><br>         Plaintiff,<br><br>  -against-<br><br>James David O'Brien,<br><br>         Defendant. | 1:21-cv-09575 (DLC) (SDA)<br><br>ORDER SCHEDULING TELEPHONIC<br><u>SETTLEMENT CONFERENCE</u> |

**STEWART D. AARON, United States Magistrate Judge:**

  A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, June 1, 2022, at 10:00 a.m. The settlement shall proceed by telephone.

  The Court will provide dial-in information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

Dated:  New York, New York
     March 1, 2022

                     _____
                     STEWART D. AARON
                     United States Magistrate Judge