

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/2022
```

May 25, 2022

Via ECF
The Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007 - 1312

Application GRANTED. The telephonic settlement conference scheduled for June 1, 2022 is adjourned until June 15, 2022 at 10:00 a.m. SO ORDERED.
Dated: May 25, 2022

Re:   **Securities and Exchange Commission v. James David O'Brien**
      **Case No.: 1:21-cv-09575-DLC**

Dear Magistrate Judge Aaron:

I am counsel to Defendant James David O'Brien ("Defendant") in the above-referenced matter. Per Your Honor's Text Order dated May 24, 2022 (Dkt. 18), I submit this letter jointly with counsel for the Securities and Exchange Commission.

At this time, we are respectfully requesting an adjournment of the Telephonic Settlement Conference that is scheduled for June 1, 2022, at 10:00 a.m. The parties are currently continuing discovery, and more specifically, the exchange of documents. Plaintiff's counsel and I have conferred and provide Your Honor with the following three (3) alternative dates for the Telephonic Settlement Conference:

(1) Wednesday, June 15, 2022;
(2) Thursday, June 16, 2022; and
(3) Wednesday, July 6, 2022.

This is our first request for an adjournment. (our initial request for the same adjournment was denied, without prejudice, and we were directed to submit this form of joint letter) (Dkt. 18).

Thank you.

Respectfully,

John M. Hanamirian, Esq.

JMH/eag

HANAMIRIAN LAW FIRM, P.C.
40 E. MAIN STREET MOORESTOWN, NJ 08057    30 WALL STREET NEW YORK, NY 10005
O 856.793.9092   F 856.793.9121   W hanamirian.com