```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
SECURITIES AND EXCHANGE COMMISSION,   :   21cv9575(DLC)
                                      :
                          Plaintiff,  :   ORDER
               -v-                    :
                                      :
JAMES DAVID O'BRIEN,                  :
                                      :
                          Defendant.  :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Having received on June 10, 2022, a letter from defense counsel regarding his motion to withdraw as counsel of record, it is hereby

ORDERED that the parties shall appear at a telephone conference on **Monday, June 13, at 2:00 p.m.**  The parties shall use the following dial-in credentials for the telephone conference:

>        Dial-in:      888-363-4749
>        Access code:  4324948

The parties shall use a landline if one is available.

    SO ORDERED:

Dated:   New York, New York
         June 10, 2022

                              _____
                                    DENISE COTE
                              United States District Judge