```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
SECURITIES AND EXCHANGE COMMISSION,   :   21cv9575(DLC)
                                      :
                       Plaintiff,     :   ORDER
            -v-                       :
                                      :
JAMES DAVID O'BRIEN,                  :
                                      :
                       Defendant.     :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Having received on June 27, 2022, a letter from the plaintiff seeking to compel discovery, an extension of time, and sanctions, it is hereby

ORDERED that any written response by the defendant shall be filed by **June 28, 2022, at 10:00 a.m.**

IT IS FURTHER ORDERED that the parties shall appear at a telephone conference tomorrow, **June 28, 2022, at 4:30 p.m.** The parties shall use the following dial-in credentials for the telephone conference:

>    Dial-in:       888-363-4749
>    Access code:   4324948

The parties shall use a landline if one is available.

SO ORDERED:

Dated:   New York, New York
         June 27, 2022

                           _____
                                    DENISE COTE
                           United States District Judge