```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SECURITIES AND EXCHANGE COMMISSION,      :    21cv9575(DLC)
                                         :
                         Plaintiff,      :    ORDER
              -v-                        :
                                         :
JAMES DAVID O'BRIEN,                     :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

As stated on the record in a telephone conference of June 28, 2022, it is hereby

ORDERED that the parties shall appear at a telephone conference on Thursday, **June 30, 2022, at 4:30 p.m.** The parties shall use the following dial-in credentials for the telephone conference:

>    Dial-in:       888-363-4749
>    Access code:   4324948

The parties shall use a landline if one is available.

SO ORDERED:

Dated:   New York, New York
         June 28, 2022

                                   _____
                                            DENISE COTE
                                   United States District Judge