```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
SECURITIES AND EXCHANGE COMMISSION,   :   21cv9575(DLC)
                                      :
                          Plaintiff,  :   ORDER
                -v-                   :
                                      :
JAMES DAVID O'BRIEN,                  :
                                      :
                          Defendant.  :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

As stated on the record in a telephone conference of June 30, 2022, it is hereby

ORDERED that the fact discovery deadline shall be extended to **July 15, 2022**. All other deadlines in the scheduling Order of February 18 shall remain unchanged.

SO ORDERED:

Dated:    New York, New York
          June 30, 2022

                                    _____
                                              DENISE COTE
                                    United States District Judge