```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
SECURITIES AND EXCHANGE COMMISSION,        :    21cv9575(DLC)
                                          :
                              Plaintiff,   :    ORDER
              -v-                          :
                                          :
JAMES DAVID O'BRIEN,                       :
                                          :
                              Defendant.   :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On November 3, 2022, the defendant filed a motion for summary judgment. The plaintiff filed a motion for summary judgment the following day. Both motions were fully submitted on December 16. Having reviewed the parties' submissions it is hereby

ORDERED that the parties' cross motions for summary judgment are denied.

Dated:   New York, New York
         January 6, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge