```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
                                          :
SECURITIES AND EXCHANGE COMMISSION,       :    21cv9575(DLC)
                                          :
                              Plaintiff,  :    ORDER
                 -v-                      :
                                          :
JAMES DAVID O'BRIEN,                      :
                                          :
                              Defendant.  :
                                          :
----------------------------------------  X
```

DENISE COTE, District Judge:

On January 6, 2023, the parties' cross motions for summary judgment were denied. Accordingly, it is hereby

ORDERED that trial in this action will commence on March 13, 2023.

IT IS FURTHER ORDERED that the Joint Pretrial Order must be filed by February 17, 2023. As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge, and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law should not be submitted unless in reply to an unanticipated legal argument in the other party's Memorandum of Law.

IT IS FURTHER ORDERED that the final pretrial conference will be held on March 2, 2023 at 10:00 a.m.

IT IS FURTHER ORDERED that the parties shall contact Magistrate Judge Aaron prior to January 10 in order to schedule further settlement discussions under his supervision to occur on or before February 28, 2023.

Dated:   New York, New York
         January 6, 2023

                                    _____
                                              DENISE COTE
                                       United States District Judge

2