UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                          :
SECURITIES AND EXCHANGE COMMISSION,       :    21cv9575(DLC)
                                          :
                              Plaintiff,  :    ORDER
                -v-                       :
                                          :
JAMES DAVID O'BRIEN,                      :
                                          :
                              Defendant.  :
                                          :
---------------------------------------- X

DENISE COTE, District Judge:

On January 17, 2023, the parties proposed a briefing schedule for motions in limine. It is hereby

ORDERED that any motions in limine shall be filed by February 3, 2023. Any opposition shall be due February 10. Any reply shall be due February 15. At the time any motion papers are filed, the filing party shall supply Chambers with two (2) courtesy copies by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         January 18, 2023

                                     _____
                                            DENISE COTE
                                     United States District Judge