```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
SECURITIES AND EXCHANGE COMMISSION,        :   21cv9575(DLC)
                                           :
                         Plaintiff,        :   ORDER
            -v-                            :
                                           :
JAMES DAVID O'BRIEN,                       :
                                           :
                         Defendant.        :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

On April 6, 2023, the defendant submitted an affidavit (the "Affidavit") in connection with his opposition to the plaintiff's March 17 motion for monetary relief. On April 11, the plaintiff submitted a letter seeking to strike paragraphs 1-23 and 27-29 of the Affidavit for violating the defendant's February 3 Consent. It is the Court's intention to enforce the February 3 Consent. Therefore, it is hereby

ORDERED that the defendant must identify, by April 17, any paragraph in the Affidavit which the plaintiff seeks to strike but which the defendant contends does not violate the February 3 Consent.

Dated:   New York, New York
         April 11, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge