```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
                                    :
SECURITIES AND EXCHANGE COMMISSION, :    21cv9575(DLC)
                                    :
                      Plaintiff,    :    ORDER
        -v-                         :
                                    :
JAMES DAVID O'BRIEN,                :
                                    :
                      Defendant.    :
                                    :
----------------------------------- X
```

DENISE COTE, District Judge:

A hearing is scheduled in this case for April 27, 2023. It is hereby

ORDERED that the hearing is rescheduled to May 19, 2023 at 10:00 a.m.

IT IS FURTHER ORDERED that the time limits for the examination of the defendant at the hearing are as follows:

Cross examination:                1 hour

Redirect examination (if any):    0.5 hours.

Dated:  New York, New York
        April 26, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge