```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SECURITIES AND EXCHANGE COMMISSION,       :    21cv9575(DLC)
                                         :
                          Plaintiff,     :    ORDER
              -v-                        :
                                         :
JAMES DAVID O'BRIEN,                     :
                                         :
                          Defendant.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion was issued on May 25, 2023, awarding the plaintiff monetary relief. It is hereby

ORDERED that the plaintiff shall by May 31, 2023 file a proposed final judgment. The defendant shall by June 2, 2023 file any objections to the amount reflected in the proposed judgment.

Dated:  New York, New York
        May 25, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge