**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**JAMES DAVID O'BRIEN**<br><br>**Defendant,**<br><br>**SOFI BANK, N.A. AND J.P. MORGAN CHASE BANK,**<br>**Garnishees**. | Case No. 21-cv-9575<br><br>[PROPOSED] ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT 28 U.S.C. § 3205 and ORDER TO ISSUE CLEK'S NOTICE OF CONTINUING GARNISHMENT TO DEBTOR 28 U.S.C. § 3202(b) |

The Court, having considered the application of Plaintiff Securities and Exchange Commission for an order directing the Clerk of the Court to issue a writ of continuing garnishment and a clerk's notice of continuing garnishment against judgment debtor James David O'Brien ("Defendant"), for nonexempt funds, assets, and/or property in the possession, custody or control of SoFi Bank, N.A. or J.P. Morgan Chase Bank (collectively "Garnishees"), and it appearing that the issuance of an order is proper under the circumstances of this case, IT IS ORDERED that:

(1) The Clerk shall issue a writ of continuing garnishment with respect to the Garnishees; and

(2) The Clerk shall issue a clerk's notice of continuing garnishment to Defendant by signing the forms filed by the U.S. Securities and Exchange Commission.

Dated: December 9, 2025
~~December 8, 2025~~
New York, New York

_____
United States District Judge