UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, Plaintiff, -v- JAMES DAVID O'BRIEN, Defendant. | : | 21cv9575(DLC) ORDER |

DENISE COTE, District Judge:

Final judgment in this securities fraud action was entered on June 2, 2023 following a May 25, 2023 opinion and order of this Court awarding the plaintiff monetary relief. Defendant and judgment debtor James O'Brien, who is represented by counsel, has recently sent email communications directly to the Court's Chambers. Accordingly, it is

ORDERED that any further communications with the Court must be made through defendant's counsel.

Dated: New York, New York
September 24, 2026

DENISE COTE
United States District Judge