UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

SECURITIES AND EXCHANGE COMMISSION,
Plaintiff,
-v-
JAMES DAVID O'BRIEN,
Defendant.

---------------------------------------- X

21cv9575(DLC)

ORDER

DENISE COTE, District Judge:

Final judgment in this securities fraud action was entered on June 2, 2023 following a May 25, 2023 opinion and order of this Court awarding the plaintiff monetary relief. The Court of Appeals for the Second Circuit affirmed the judgment on June 3, 2024. A petition for rehearing en banc was denied on August 30, 2024. Defendant and judgment debtor James O'Brien, pro se, filed a document on October 14 requesting relief pursuant to Federal Rule of Civil Procedure 60(d). Accordingly, it is

ORDERED that the plaintiff shall respond by **November 20, 2026** to O'Brien's October 14 filing.

IT IS FURTHER ORDERED that any reply by O'Brien is due on **December 18, 2026.**

Dated: New York, New York
October 19, 2026

DENISE COTE
United States District Judge